IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEE PINNO,

    **Plaintiff,**

v.                                      No. 14-CV-00896 KG/SCY

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO,

    **Defendant.**

## JUDGMENT

Plaintiff Dee Pinno, having accepted the Offer of Judgment made pursuant to Fed.R.Civ.P. 68 by Defendant Board of County Commissioners of the County of Bernalillo, judgment is hereby entered against Defendant and in favor of Plaintiff in the amount of Seven Thousand and 00/100 dollars ($7,000), plus Plaintiff's reasonable and allowable costs and attorneys' fees to the date of Defendant's Offer of Judgment, to be determined by the Court.

This Judgment is not to be construed either as an admission that Defendant is liable to Plaintiff in this action or that Plaintiff has sustained any damages. Further, this Judgment is entered in total settlement of this action, including any and all claims that were or could have been included in this action against Defendant and shall have no other effect whatsoever except in full and final settlement of this case.

Finally, this Judgment shall not be used for any purpose, other than recited herein, in this or in any other legal proceeding.

                                               _____
                                               UNITED STATES DISTRICT JUDGE

Approved,

*/s/ Thomas Mucci*
Thomas Mucci
Kimberly S. Brusuelas-Benavidez
Attorneys for Plaintiff

*/s/ Deborah D. Wells*
Deborah D. Wells
Attorney for Defendant