IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEE PINNO,

     Plaintiff,

vs.                                  Civ. No. 14-0896 KG/SCY

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO,

     Defendant.

ORDER GRANTING MOTION TO
APPROVE ATTORNEY'S FEES AND COSTS

This matter comes before the Court upon Plaintiff's Motion for Attorney Fees and Costs, filed July 1, 2015. (Doc. 32). Defendant did not respond to the Motion. Having reviewed the Motion and the supporting documentation, the Court grants Plaintiff's Motion for Attorney Fees and Costs.

IT IS ORDERED that Plaintiff's Motion for Attorney Fees and Costs (Doc. 32) is granted. The total amount of attorney fees and New Mexico Gross Receipts Tax is $15,205.45 and the total amount of case expenses is $3,400.00.

_____
UNITED STATES DISTRICT JUDGE