## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**DEE PINNO,**

     **Plaintiff,**

**v.**                                           **No. 14-CV-00896 KG/SCY**

**BOARD OF COUNTY COMMISSIONERS**
**OF THE COUNTY OF BERNALILLO,**

     **Defendant.**

### AMENDED ORDER AWARDING FEES AND COSTS

This matter having come before the Court upon the parties' stipulation, and the Court having considered same and being otherwise fully advised in the premises,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the plaintiff shall be awarded fees in the amount of $12,812.66 (TWELVE THOUSAND EIGHT HUNDRED TWELVE DOLLARS AND SIXTY SIX CENTS) and costs in the amount of $3,400.00 (THREE THOUSAND FOUR HUNDRED DOLLARS).

_____
UNITED STATES DISTRICT JUDGE

**APPROVED:**

KENNEDY, MOULTON & WELLS, P.C.
*/s/ Deborah D. Wells*
DEBORAH D. WELLS
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
(505) 884-7887
Attorney for defendant Bernalillo County


*/s/ Approved*
Kimberly Brusuelas, Esq.
1015 5th Street N.W.
Albuquerque, NM 87102
kim@fifthstreetlaw.com
Attorney for plaintiff


*/s/ Approved*
Thomas J. Budd Mucci, Esq.
504 14th Street N.W.
Albuquerque, NM 87104
tom@muccilaw.com
Attorney for plaintiff